UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Jay Tyson

Write the full name of each plaintiff.

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Federal Bureau OF investigation, Nicholas Rodgers, John Doe, Jane Don 1, Jane Don 2

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2022 MAY -2 PM 1:25

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

1

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My right to be Free From Cruel and unusual punishment in which violates 14 and 15 amendments, it Federal Crime when a person who is acting under Color of any Law (that is under governmental.

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, David J Tyson (Plaintiff's name), is a citizen of the State of USA
N·Y NY

NY - NY
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, **Federal bureau of investion**, is incorporated under the laws of the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**David** | **Jay** | **Tyson**
First Name | Middle Initial | Last Name

**345 W 86 St NY NY 10025**
Street Address

County, City | State | Zip Code

**609 582 9241** | **drwerewolf66@gmail.com**
Telephone Number | Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
F B I
First Name / Last Name

Refused to give any information
Current Job Title (or other identifying information)

26 Federal Plaza 23 Floor
Current Work Address (or other address where defendant may be served)

New York                    10278
County, City            State            Zip Code

Defendant 2:
Nicholas A Rodgers
First Name / Last Name

Burglar
Current Job Title (or other identifying information)

in the Custody of the F.B.I
Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 3:
John Doe 1 and Jane Don 1 and 2
First Name / Last Name

Burglar
Current Job Title (or other identifying information)

in the Custody of the F.B.I
Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Case 1:22-cv-03555-LTS   Document 2   Filed 05/02/22   Page 5 of 7

Defendant 4: _____
First Name               Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York

Date(s) of occurrence: approximately in 1987

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Nicholas A Rodgers and John Doe 1 and Jane Doe 1 and 2 broke into my house and stole my invention the Flashing Footwear in which finally the FBI investigated this crime which resulted in Nicola a. Robinson and John Doe 1 and Jane Doe 1 and 2. confessed to the crime and clearly steted Flasing Footwear it is David Tyson property. However the FBI never ever spoke to me about my property, nonetheless the FBI spoke to other that I was rich which resulte in me bing fearful for my life and because of my political believer the FBI refused to return my property

Page 5

and harassing my family members not to help me and on several occasions breaking into my residence without a search warrant and taking pictures of my others inventions.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have been demaged mentally and my Relationship with my family is destroyed as a result of the harassment and verbal threat

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Please take note I am requesting a full criminal investigation and order the FBI to return my propertys protypes Flashing Footwear and the tongue switch protypes that was taken from my residence by the FBI

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 5/2/2022

Plaintiff's Signature: David Tyson

First Name: David
Middle Initial: J
Last Name: Tyson

Street Address: 315 W 86 St NY NY 10025

County, City: 
State: NY
Zip Code: 10025

Telephone Number: 609 582 9241

Email Address: drwerewolf668@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.